284

Notice for
E Brush Esq[r]

*Wilson vs McGarvin*

DISTRICT OF HURON & DETROIT—MICHIGAN TERRITORY—

*James Wilson*

  *vs*    In Case — Damages $260

*James McGarvin*

  Notice is hereby given to the Defendant or his Att[y], That the Pltff in the above cause, will proceed to take the Depositions of Daniel Springer & Ruth Fairchild, at the Dwelling house of Archibald McMullen in the District of London in the province of Upper Canada, upon thursday the 27th of Instant April, between the hours of Ten oclock in the forenoon & four of the oclock in the afternoon of said Day, Touching the merits of the above cause to be read & improved on trial thereof, by the s[d] James Wilson, at which time, and place you will please to attend to cross examine s[d] witnesses should you see cause so to Do— Yours &c

        For the Pltff
         James Wilson
          SOL. SIBLEY Att[y]

To James McGarvin def[d]
   or
  Elijah Brush esq[r]
    his Att[y]
Detroit Apl. 22[d] 1809—

[In the handwriting of Solomon Sibley]